**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6539**

---

VENTURA GARCIA, a/k/a Ventura Garcia Olvera,

        Petitioner - Appellant,

      v.

WARDEN JANSON,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Joseph F. Anderson, Jr., Senior District Judge.  (8:23-cv-01619-JFA)

---

Submitted:  January 30, 2024                        Decided:  February 5, 2024

---

Before KING, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ventura Garcia, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ventura Garcia, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Garcia's 28 U.S.C. § 2241 petition. Our review of the record confirms the district court's holding that Garcia failed to exhaust his administrative remedies before filing his § 2241 petition and failed to establish that exhaustion of such remedies should be excused. Accordingly, we affirm the district court's order. *Garcia v. Janson*, No. 8:23-cv-01619-JFA (D.S.C. May 19, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*